IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RE:   ROBERT TRUEVILLIAN,              )  CASE NO. 19-15816
                                       )  JUDGE CAROL A. DOYLE

### AGREED REPAYMENT AND DEFAULT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of Freedom Mortgage Corporation, the mortgagee on the property located at 3922 N Newcastle Ave, Chicago, Illinois 60634, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. The Debtor acknowledges a default to Freedom Mortgage Corporation of $6,179.88 through November 2019, after crediting the tender of payments made through November 05, 2019. The aforementioned default is calculated as follows:

| | |
|---|---:|
| July 2019 through November 2019 = 5 @ $2,574.96 | $12,874.80 |
| Bankruptcy fees and costs | $1,031.00 |
| Less funds previously tendered | ($7,725.92) |
| Less funds in suspense | $0.00 |
| Total default amount remaining | $6,179.88 |

The Debtor shall tender the following payments on or before the following dates:

| | | | |
|---|---|---|---:|
| On or before | December 1, 2019 | One post-petition mortgage payment + | $1,029.98 |
| On or before | January 1, 2020 | One post-petition mortgage payment + | $1,029.98 |
| On or before | February 1, 2020 | One post-petition mortgage payment + | $1,029.98 |
| On or before | March 1, 2020 | One post-petition mortgage payment + | $1,029.98 |
| On or before | April 1, 2020 | One post-petition mortgage payment + | $1,029.98 |
| On or before | May 1, 2020 | One post-petition mortgage payment + | $1,029.98 |

Effective December 1, 2019, the post petition mortgage payment is $2,571.89, and may change due to adjustable interest rates, escrow requirements, or other similar matters as applicable.

2. The aforesaid payments shall be made payable to Freedom Mortgage Corporation, in the form of money orders, certified checks, or cashier's checks and sent to: 10500 Kincaid Drive, Suite 300, Fishers, IN, 46037.

3. If the Debtor defaults in making the payments under paragraph 1, then the Debtor has no right to cure and the Stay shall automatically Modify to Freedom Mortgage Corporation without further Court Order.

4. If the Stay is Modified to Freedom Mortgage Corporation, or its successors and assigns, as outlined in this Order, counsel for the mortgage company shall give notice to the Debtor, the Debtor's attorney, and the Trustee and file said notice with the Court.

Dated: 11/19/19          Entered: *Carol A. Doyle* SMM
                         Bankruptcy Judge Carol A. Doyle

MCCALLA RAYMER LEIBERT PIERCE, LLC
Attorneys at Law
1 N. Dearborn Suite 1200
Chicago, IL 60602